# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5230

_____

CURTIS BROWN,

Petitioner,

v.

MARK S. INCH, Secretary Fla.
Dept. of Corr.,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

January 28, 2019

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Curtis Brown, pro se, Petitioner.

Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Respondent.